IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATRINA GOLDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 21-00481-KD-B |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This action is before the Court on notice of settlement from Plaintiff Katrina Golden and Defendant State Farm Fire and Casualty Company. The parties report that this action has settled but additional time is necessary to finalize the settlement agreement.

Upon consideration, this action is **DISMISSED with prejudic**e s**ubject to the right of either party to reinstate the action within sixty (60) days of the date of this Order** should the settlement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 28th day of November 2022.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**